# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 08, 2024

Mr. Gur-Rajan Singh Gill
Grewal Law
345 E. Cady Street
3rd Floor
Northville, MI 48167

Mr. Mark Granzotto
Granzotto Law
2684 Eleven Mile Road
Suite 100
Berkley, MI 48072

Mr. Geoffrey Steven Wagner
Giarmarco, Mullins & Horton
101 W. Big Beaver Road
Suite 1000
Troy, MI 48084

Re: Case No. 23-1593, *Amiliana Sanchez v. City of Saginaw, MI, et al*
Originating Case No. : 1:20-cv-11685

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc: Ms. Kinikia D. Essix

Enclosure

No mandate to issue

Case No. 23-1593

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

AMILIANA SANCHEZ, Estate of

    Plaintiff - Appellee

v.

CITY OF SAGINAW, MI

    Defendant

and

JULIAN GUEVARA; TYLER WILLIAMSON; DESHAWN HARRIS; ISAAC BABINSKI

    Defendants - Appellants

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                        **ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: October 08, 2024