# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

THE ESTATE OF AMILIAN SANCEZ, by
Hugh LeFevre, as Personal Representative,
Plaintiffs,

Case No. 1:20-CV-11685

Honorable Thomas L. Ludington

v.

OFFICERS JULIAN GUEVARA,
TYLER WILLIAMSON, DESHAWN HARRIS and IASAC
BABINSKI, (in their official capacities)

Defendants.
_____/

| | |
|---|---|
| GREWAL LAW PLLC<br>BY: SCOTT WEIDENFELLER (P56001)<br><br>GURRAJAN GILL (P80511)<br>Attorneys for Plaintiffs<br>345 Cody St., 3rd Fl<br>Northville, MI 48167<br>(517) 393-3000<br>sweidenfeller@4grewal.com<br>ggill@4grewal.com | COLLISON & COLLISON<br>BY: ANDREW C. COLLISON (p51356)<br>DANIEL G. COLLISSON (P36168)<br>Attorneys for Claimants Rudy Sanchez<br>Abrahm Sanchez & Alena Sanchez<br>5811 Colony Dr,. North, PO Box 6010<br>Saginaw, MI 48608-6010<br>(989) 799-3033<br>dgc@saginaw-law.com<br>acc@saginaw-law.com |
| SMITH BOVILL, P.C.<br>By: ANDREW D. CONCANNON (P49336)<br>Attorneys for Claimant John Drake<br>200 St. Andrews Road<br>Saginaw, MI 48638<br>(989) 792-9641<br>aconcannon@smithbovill.com | GIAMARCO MULLINS & ORTON,P.C.<br>BY: JOHN C. CLARK (P51356)<br>Attorneys for Defendants<br>101 W. Big Beaver Rd.<br>Troy, MI 48084<br>(248) 457-7000<br>jclark@gmhlaw.com |

SWARTZ & WILSON, PLC
By: JOHN J. SWARTZ, JR (P41639)
Attorneys for Debra Lewis, Alleigh
Renshaw, Kayleigh Renshaw and
Grayceigh Renshaw, a minor
4371 State Street
Saginaw, MI 48603
(989) 793-7000
john@swartzandwilson.com
_____/

# APPEARANCE

    PLEASE TAKE NOTICE that I have this day caused my Appearance to be entered on behalf of the above-named Claimants Debra Lewis, Alleigh Renshaw, Kayleigh Renshaw and Grayceigh Renshaw, a minor.

Dated: January 17, 2025                  Respectfully Submitted,

                                                  /S/ John J. Swartz, Jr.
                                                  JOHN J. SWARTZ, JR.  (P41639)

John J. Swartz, Jr.
SWARTZ & WILSON, PLC
4371 State Street
Saginaw, MI 48603
(989)793-7000
FAX (989)793-7571